

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 1, 2020

**VIA ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
July 1, 2020

Re: *United States v. Jeremy Duran-Cedano*, 18 Cr. 149 (RA)

Dear Judge Abrams:

The Government respectfully submits this letter to request that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from July 8, 2020 until August 7, 2020, for the parties to continue discussing a potential resolution of this matter.

By order dated July 8, 2019, the Court excluded time under the Speedy Trial Act until July 8, 2020, in light of the defendant's participation in the Young Adult Opportunity Program. As the Court is aware, the defendant recently graduated from that program. Defense counsel has requested that the Government consider a potential resolution of this matter, given the defendant's successful completion of the program. That request is currently under consideration, and has not yet been resolved. Accordingly, with the consent of defense counsel, the Government respectfully requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from July 8, 2020 until August 7, 2020, for the parties to continue discussing a potential resolution of this matter.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: _____
Alison Moe
Assistant United States Attorney
(212) 637-2225

cc: David Anders, Esq. (Via ECF)
    Jeohn Favors, Esq. (Via ECF)